FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSELYN MARIA FANTER,<br><br>Defendant. | NO. 2:23-CR-00647-AB<br><br>ORDER OF DETENTION AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148(b)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Magistrate Judge Steve Kim, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds:

(1)

    (A) ( ) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (X) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: Defendant provided adulterated urine samples and failed to comply with USPPS direction to return for further testing.

|   |   |   |   |
|---|---|---|---|
| 1 |     |     | and |
| 2 | (2) |     |     |
| 3 |     | (A) ( ) | that based on the factors set forth in 18 U.S.C. § 3142(g), there is no |
| 4 |     |     | condition or combination of conditions of release that will assure that the |
| 5 |     |     | defendant will not flee or pose a danger to the safety or any other person |
| 6 |     |     | or the community; or |
| 7 |     | (B) (X) | that the defendant is unlikely to abide by any condition or combination |
| 8 |     |     | of conditions of release. |
| 9 |     |     | and/or, in the event of (1) (A) |
| 10 | (3) | ( ) | that the defendant has not rebutted the presumption that no condition or |
| 11 |     |     | combination of conditions will assure that the person will not pose a |
| 12 |     |     | danger to the safety of any other person or the community. |
| 13 |     |     | or |
| 14 | (4) | ( ) | that there are conditions of release that will assure that the defendant will |
| 15 |     |     | not flee or pose a danger to the safety of any other person or the |
| 16 |     |     | community, and that the defendant will abide by such conditions. *See* |
| 17 |     |     | separate order setting conditions. |
| 18 |     | ( ) | This Order shall be stayed for 72 hours in order to allow the Government |
| 19 |     |     | to seek review from the [assigned District Judge] [criminal duty District |
| 20 |     |     | Judge]. |
| 21 |     |     | or |
| 22 |     |     | C. |
| 23 |     | (X) | IT IS ORDERED that the defendant be detained prior to trial. |

DATED: January 6, 2025

*signature*

KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

2